McGREGOR W. SCOTT
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700


IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　　v.<br>NAISHA CHANTELL DAVIS,<br><br>　　　　　　Defendant.<br>_____ | )<br>)<br>)　CR. NO. S-07-043-GEB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　　v.<br>TRUDY MARIA DAVIS,<br><br>　　　　　　Defendant.<br>_____ | )<br>)<br>)<br>)　CR. NO. S-07-044-MCE<br>)<br>)<br>)　MOTION AND STIPULATION<br>)　TO RELATE CASES AND<br>)　PROPOSED ORDER<br>) |

　　　　Pursuant to this Court's Local Rule 83-123(3) & (4), plaintiff United States of America hereby notifies the Court of the filing of a related case and the United States further moves that the case be related.

　　　　On February 8, 2007, an Indictment was filed initiating case number CR. S-07-043-GEB against Naisha Chantell Davis.  This matter was assigned to the Hon. Garland E. Burrell, Jr.  The Indictment charges Naisha Chantell Davis with mail fraud (18 U.S.C. 1341),

1

aggravated identity theft (18 U.S.C. 1028A), making a false claim

to the Federal Emergency Management Agency (FEMA) (18 U.S.C. 287),

and false representation of a social security number (42 U.S.C.

408).  Generally, Naisha Chantell Davis is charged in connection

with a scheme to steal FEMA disaster assistance in the aftermath of

Hurricane Katrina.  Naisha Chantell Davis is charged with

submitting a fraudulent application for federal (FEMA) aid.[1]

On February 8, 2007, an Indictment was filed initiating case

no. CR. S-07-044-MCE against Trudy Maria Davis.  The Indictment

charges Trudy Maria Davis with mail fraud (18 U.S.C. 1341), making

false claims to FEMA (18 U.S.C. 287), and theft of U.S. property

(18 U.S.C. 641).  Generally, Trudy Maria Davis (like Naisha

Chantell Davis) is charged in connection with a scheme to steal

FEMA disaster assistance in the aftermath of Hurricane Katrina.

Trudy Maria Davis is charged with submitting fraudulent

applications for federal (FEMA) monetary aid.

The United States submits that the case against Trudy Maria

Davis, Cr. 07-044-MCE, should be related before Judge Burrell with

the EARLIER charged case against Naisha Chantell Davis, Cr. 07-043-

GEB.  In each case there is the same victim (FEMA), similar

witnesses, related defendants (mother and daughter), related

---

[1]Naisha Chantell Davis involved Lawrence Harold Williams,
defendant in case number CR. NO. S-07-050-WBS, in her charged
fraudulent acts.  Naisha Chantell Davis claimed Williams as a co-
registrant to her fraudulent FEMA application.  Also, Williams is
the father of a female child (approx. 2 years of age) that was
listed on Naisha Chantell Davis' fraudulent FEMA application.  On
February 15, 2007, an Indictment was filed initiating case no. CR.
S-07-050-WBS against Williams.  By district court order on February
16, 2007, the case against Williams was related to the EARLIER
charged case against Naisha Chantell Davis.  Thus, the two matters were
assigned to the same judge, the Hon. Garland E. Burrell, Jr.

2

addresses, and a similar factual background.  Further, each
defendant similarly is charged with mail fraud and false claims
concerning FEMA disaster assistance.  Each defendant used
background information related to the other.

Defense counsel for Trudy Maria Davis, Assistant Federal
Defender Rachelle Barbour, stipulates and agrees that the matter
against Trudy Maria Davis is properly related to the matter against
Naisha Chantell Davis.  During arraignment proceedings in U.S.
Magistrate Court on February 16, 2007, the United States and Trudy
Maria Davis, through her counsel, stipulated that the matters are
related and -- in anticipation of the United States' Motion to
Relate the two matters -- agreed to set the case (against Trudy
Maria Davis) for status hearing on March 23, 2007 (on the same date
as the status hearing in the case against Naisha Chantell Davis),
all before the Hon. Garland E. Burrell Jr.

Accordingly, the United States submits that in each case,
there are related evidence issues, sentencing issues and/or similar
witness concerns.  Significantly, relation of the case concerning
Trudy Maria Davis with the case already before the previously
assigned judicial officer (Judge Burrell) would help victim (FEMA)
representatives and witnesses deal with prosecutive and judicial
burdens.  In addition, relating the Trudy Maria Davis matter with
the EARLIER case (against Naisha Chantell Davis) would be efficient
for the U.S. Probation Office.

Dated:  _____   2/16/2007

McGREGOR W. SCOTT
United States Attorney
/s/ Michelle Rodriguez

By:  _____
MICHELLE RODRIGUEZ
Assistant U.S. Attorney

3

## RELATED CASE ORDER

Examination of the above-captioned matter, CR. NO. S-07-043-GEB, and the criminal action in CR. NO. S-07-044-MCE reveals that the actions are related within the meaning of Local Rule 83-123. The actions involve similar transactions, including as to victims and witnesses, and would therefore entail a substantial duplication of labor if heard by different judges.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that the actions are assigned to the same judge.  No consolidation of the actions is effected.  Under the regular practice of this court, related cases are assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated CR. NO. S-07-044-MCE is reassigned to Judge Burrell, for all further proceedings.  Henceforth, the caption on documents filed in the reassigned case shall show the initials "GEB" instead of the other jurist's initials.

IT IS FURTHER ORDERED that the clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

Dated:  February 21, 2007

GARLAND E. BURRELL, JR.
United States District Judge

4