DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
TRUDY MARIA DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TRUDY MARIA DAVIS, ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | Case No. CR.S-07-00044-GEB <br><br> **STIPULATION AND ORDER** <br><br> DATE: April 13, 2007 <br> TIME: 8:30 a.m. <br> JUDGE: Hon. Garland E. Burrell, Jr. |

   It is hereby stipulated and agreed to between the United States of America through MICHELLE RODRIGUEZ, Assistant U.S. Attorney, and defendant, TRUDY MARIA DAVIS, by and though her counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference of March 23, 2007 at 8:30 a.m. be vacated and that a further status conference be set for April 13, 2007 at 8:30 a.m.

   This continuance is being requested to allow defense counsel time to review discovery with the defendant, conduct investigation, examine possible defenses, and to discuss the case with the government.  The

government has provided defense counsel with a proposed plea agreement. Defense counsel must discuss this proposal with the government and with Ms. Davis.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for April 13, 2007 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: March 9, 2007          Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender

                              /s/ RACHELLE BARBOUR
                              _____
                              RACHELLE BARBOUR
                              Assistant Federal Defender
                              Attorney for Defendant
                              TRUDY MARIA DAVIS

DATED:  March 9, 2007         McGREGOR SCOTT
                              United States Attorney


                              /s/ Michelle Rodriguez
                              _____
                              MICHELLE RODRIGUEZ
                              Assistant U.S. Attorney

                         **O R D E R**

    **IT IS SO ORDERED.**

Dated:  March 9, 2007

                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge

2